

**SHINHAN BANK**

NEW YORK BRANCH

750 SEVL ) AVE. 26TH FL,
NEW YORK, NY 10019
TEL: (212) 371-8000, FAX: (212) 371-7612
SWIFT NO.: SHBKUS33
ROUTING NO · 026011950

Apr 28, 2025

**Hyunsun Bae**
**643 W 171ST ST 36 New York, NY 10032**

Subject: <u>Mediation and Arbitration of Employment Disputes</u>

Dear **Hyunsun Bae**:

Although Shinhan Bank, New York Branch (the "Branch") hopes that employment disputes with its employees will not occur, the Branch believes that when these disputes do arise, it is in the mutual interest of all concerned to handle them promptly and with a minimum of disturbance to the operations of the Branch's businesses and the lives of its employees.

Accordingly, to provide for more expeditious resolution of certain employment-related disputes that may arise between the Branch and its employees, the Branch has instituted a exclusive mediation and arbitration procedure (the "Mediation and Arbitration Procedure" or the "Procedure") for all employees. Under the Procedure, certain disputes that may arise from your employment with the Branch or the termination of your employment will be submitted for resolution exclusively by mandatory non-binding mediation and, if necessary, arbitration.

In agreeing to submit certain employment disputes for resolution by private mediation and (if necessary) arbitration, you acknowledge that this Agreement is given in exchange for rights to which you are not otherwise entitled--namely, your employment as an employee of the Branch and the more expeditious resolution of employment disputes. In exchange for your agreement to submit these disputes to mediation and (if necessary) binding arbitration, the Branch likewise agrees to the use of mediation and arbitration as the exclusive forum for resolving employment disputes covered by this Agreement.

Hence, the parties shall be precluded from bringing or raising in court or another forum any dispute that was or could have been brought or raised under the procedures set forth in this Agreement.

The Mediation and Arbitration Procedure

1.      As a condition of your employment or continued employment at the Branch, you agree that any and all disputes, claims, or controversies ("claims") you and the Branch may have against each other, including their current and former agents, owners, officers, directors, or employees, arising out of or relating to your employment relationship with the Branch or the termination of that relationship must be submitted for non-binding mediation before a third-party neutral and (if necessary) for final and binding resolution by a private and impartial arbitrator.

1



750 SEV.    AVE. 26TH FL,
NEW YORK, NY 10019
TEL: (212) 371-8000, FAX: (212) 371-7612
SWIFT NO.: SHBKUS33
ROUTING NO : 026011950

a.    Claims Covered:    This agreement to submit to mediation and (if necessary) arbitration:

i.    Covers any dispute concerning the arbitrability of any such controversy, dispute or claim; and

ii.    Includes, but is not limited to, any claim that could be asserted in court or before an administrative agency or claims for which you have an alleged cause of action, including without limitation claims for breach of any contract or covenant (express or implied); tort claims; claims for discrimination (including, but not limited to, race, color, creed, religion, national or ethnic origin, ancestry, immigration or citizenship status, sex, sexual orientation, age, marital status, familial status, partnership status, military or veteran status, medical condition, physical or mental disability, gender, gender identity and/or expression, domestic violence victim status, stalking and sexual offenses, predisposing genetic characteristics, pregnancy related conditions (including lactation accommodations), prior arrest or conviction, credit and salary history, pre-employment marijuana testing, unemployment status, sexual and reproduction health decisions, salary or other characteristics protected by statute); any alleged violations of Title VII of the Civil Rights Act of 1964, sections 1981 through 1988 of Title 42 of the United States Code and all amendments thereto, the Employee Retirement Income Security Act of 1974 ("ERISA"), the Americans with Disabilities Act of 1990 ("ADA"), Americans with Disabilities Act Amendments Act of 2008 (the "ADEAAA") the Age Discrimination in Employment Act of 1967 ("ADEA"), the Older Workers Benefits Protection Act of 1990 ("OWBPA"), the Fair Labor Standards Act ("FLSA"), the Occupational Safety and Health Act ("OSHA"), the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), and any and all claims under federal, state and local laws against discrimination; claims for wrongful discharge; violations of the Family and Medical Leave Act (FMLA), the Genetic Information Nondiscrimination Act of 2008 ("GINA"), the Lilly Ledbetter Fair Pay Act of 2009, the New York State Human Rights Law, the New York City Human Rights Law, the New York Labor Law, the New York Wage Theft Prevention Act, violations of confidentiality or breaches of trade secrets and/or claims for violation of any federal, state or other governmental law, statute, regulation or ordinance, and whether based on statute or common law; and

iii.    All those claims whether made against the Branch, any of its subsidiary or affiliated entities or its individual officers or directors (in an official or personal capacity).

b.    Claims Not Covered:  Claims covered by this Agreement do not include:

i.    A claim for workers' compensation benefits;

ii.    A claim for unemployment compensation benefits;

iv.    A claim under the National Labor Relations Act (NLRA), as amended;

v.    A claim by the Branch for injunctive or other equitable relief, including without limitation claims for unfair competition and the use or unauthorized disclosure of trade secrets or confidential information, for which the Branch may seek and obtain relief from a court of competent jurisdiction;

2

**SHINHAN BANK**

NEW YORK BRANCH

750 SEVL. AVE. 26TH FL,
NEW YORK, NY 10019
TEL: (212) 371-8000, FAX: (212) 371-7612
SWIFT NO.: SHBKUS33
ROUTING NO.: 026011950

vi.      A claim based upon the Branch's current (successor or future) employee benefits and/or welfare plans that contain an appeal procedure or other procedure for the resolution of disputes under the plan; and

vii.      Any dispute if an agreement to arbitrate such dispute is prohibited by law.

c.      Internal Efforts:  Shinhan Bank recommends that both you and the Branch agree to make good faith efforts at resolving any dispute internally on an informal basis through the Branch management channels appropriate to that particular dispute.  If you and the Branch agree to engage in those internal efforts and they are unsuccessful,  the employment dispute should then be submitted to mediation and (if necessary) final and binding arbitration under the terms of the Procedure. Nothing in this agreement is intended to interfere with the rights of any employees to seek redress through filing charges or claims with any state, local, or federal agencies or law enforcement authorities.

d.      Nonbinding Mediation:  If efforts at informal resolution fail, disputes arising under this Agreement must first be submitted for non-binding mediation before a neutral third party. Mediation is an informal process where the parties to a dispute meet in an attempt to reach a voluntary resolution, using the third party as a facilitator.  Mediation shall be conducted and administered by the American Arbitration Association (AAA) under its Employment Arbitration Rules and Mediation Procedures, which are incorporated into this Procedure by reference; or other applicable rules.

e.      Binding Arbitration:  If a covered dispute remains unresolved at the conclusion of the mediation process, either party may submit the dispute for resolution by final and binding confidential arbitration under the Procedure.  The arbitration will be conducted under the Employment Arbitration Rules and Mediation Procedures of the AAA or other applicable rules (Rules) with the additional proviso that the Procedure shall be conducted on a confidential basis. These Rules, incorporated by reference into this Procedure, include (but are not limited to) the procedures for the hearing of evidence before the arbitrator.  The arbitrator shall have the authority to allow for appropriate discovery and exchange of information before a hearing, including, but not limited to, production of documents, information requests, depositions and subpoenas.  A copy of the complete AAA Employment Arbitration Rules and Mediation Procedures may be obtained from www.adr.org.

i.      Any conflict between the rules and procedures set forth in the AAA rules and those set forth in this Agreement shall be resolved in favor of those in this Agreement.

ii.      The arbitrator shall apply any burden of proof, burden of production, or other standard, burden of obligation consistent with applicable federal and state law, and the applicable arbitration rules and procedures.

iii.      In reaching a decision, the arbitrator shall apply the governing substantive law applicable to the claims, causes of action and defenses asserted by the parties as applicable in New York, New York.  The arbitrator shall have the power to award all remedies that could be awarded by a court or administrative agency in accordance with the governing and applicable

3



SHINHAN BANK
NEW YORK BRANCH

750 SEV, 1 AVE, 26TH FL,
NEW YORK, NY 10019
TEL: (212) 371-8000, FAX: (212) 371-7612
SWIFT NO.: SHBKUS33
ROUTING NO.: 026011950

substantive law, including, without limitation, Title VII, the Age Discrimination in Employment Act, the Family and Medical Leave Act.

      f.      Time Limits and Procedures:  The aggrieved party must give written notice of any claim to the other party as soon as possible after the aggrieved first knew or should have known of the facts giving rise to the claim.  The written notice shall describe the nature of all claims asserted and the facts upon which those claims are based and shall be mailed to the other party by certified or registered mail, return receipt requested.  Any such notice mailed to the Branch shall be addressed to the HR Manager.

      i.      Any mediation or arbitration conducted under this Agreement shall take place in New York, New York unless an alternative location is chosen by the mutual agreement of the parties. The arbitrator shall endeavor to render a decision and award within 30 days after the close of the arbitration hearing or at any later time on which the parties may agree.  The award shall be in writing and signed and dated by the arbitrator and shall contain express findings of fact and the basis for the award.

      ii.      Shinhan shall be responsible for the arbitrator's fees and arbitration expenses and any other costs unique to the arbitration hearing, except that the Employee shall be responsible for paying the initial filing fees as provided by the applicable arbitration rules and procedures. Each Party shall pay its own deposition, witness, expert, and attorneys' fees and other expenses to the same extent as if the matter were being heard in court. However, if any Party prevails on a statutory claim that affords the prevailing party the right to recover attorneys' fees and costs, or if there is a written agreement providing for attorneys' fees and costs to be awarded to the prevailing party, the Arbitrator may award reasonable attorneys' fees in accordance with the applicable statute or written agreement. The Arbitrator shall resolve any dispute as to the reasonableness of any fees or costs awarded under this paragraph.

      iii.      Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction.  The award may be vacated or modified only on the grounds specified in the U.S. Federal Arbitration Act or other applicable law.

      g.      No Retaliation/Employment At-Will:

      i.      Under no circumstances will an employee of the Branch be retaliated against in any way for invoking the Procedure in good faith to seek the resolution of a dispute. The Branch managers who engage in such retaliation will be subject to discipline under the appropriate disciplinary procedures of the Branch.

      ii.      The Arbitration and Mediation Procedure does not in any way alter the at-will employment status of the Branch employees. The Branch and you are always free to terminate the employment relationship at any time for any lawful reason and employment is not for any specific or definite duration.

2.      This Agreement sets forth the complete agreement of the parties on the subject of mediation and arbitration of the covered claims defined above and supersedes any prior or contemporaneous oral or written understanding on these subjects. No party is relying on any representations, oral or

4



SHINHAN BANK
NEW YORK BRANCH

750 SEV.    ) AVE, 26TH FL,
NEW YORK, NY 10019
TEL: (212) 371-8000, FAX: (212) 371-7612
SWIFT NO.: SHBKUS33
ROUTING NO: 026011950

written, on the subject or the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Procedure.

3.      IN THE EVENT THAT EITHER PARTY FILES, AND IS ALLOWED BY THE COURTS TO PROSECUTE, A COURT ACTION ON SUCH CLAIM, THE PLAINTIFF IN SUCH ACTION AGREES NOT TO REQUEST, AND HEREBY WAIVES HIS, HER, OR ITS RIGHT TO A TRIAL BY JURY. The Branch and you (and their representatives, successors, and assignees) further agree that, in the event that either seeks relief in a court of competent jurisdiction for a dispute covered by this Agreement, the other may, at any time within 60 days of the service of the complaint, require the dispute to be arbitrated, and that the decision and award of the arbitrator shall be final binding and enforceable in the courts.

4.      A court or other entity construing this Agreement should administer, modify, or interpret it to the extent and such manner as to render it enforceable. If, for any reason, this Agreement is declared unenforceable and cannot be administered, interpreted, or modified to be enforceable, the parties agree to waive any right they may have to a jury trial with respect to any dispute or claim relating to employment, termination from employment, or any terms and conditions of employment with the Branch.

5.      This Agreement shall be governed by and shall be interpreted in accordance with the laws of the State of New York.

        You may wish to consult an attorney prior to signing this Agreement. If so, take a copy of this form with you.

        Please read these provisions carefully. By signing below, you are attesting that you have read and understood this document, and are knowingly and voluntarily agreeing to these terms.

Sincerely,

Name: Geon Woo Do
Title: **General Manager**

**Employee Acknowledgement and Agreement.** I have signed it in consideration of my employment or continued employment by the Branch. I have been advised of my right to consult with counsel regarding this Agreement. I ALSO UNDERSTAND THAT BY ENTERING INTO THIS AGREEMENT, I AM WAIVING ANY RIGHT TO A TRIAL BY JURY.

Employee's Name (printed): _____Hyunsun Bae_____

Employee's Signature: _____ Date: __4/28/2025__