USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HYUNSUN BAE,

      Plaintiff,

  v.

SHINHAN BANK, NEW YORK BRANCH,

      Defendant.

---

Case No. 26-cv-01343-MKV

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT**, upon the accompanying: (i) Memorandum of Law in Support of Motion to Compel Arbitration and Dismiss; (ii) Declaration of Shira Forman, sworn to on May 28, 2026; and (iii) Declaration of Giwon Jeon, sworn to on May 28, 2026, Defendant Shinhan Bank, New York Branch, by and through its counsel Sheppard, Mullin, Richter & Hampton LLP shall move before the Honorable Mary Kay Vyskocil at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order: (i) dismissing this action and compelling arbitration; and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      May 28, 2026

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Shira Forman*
    Jonathan Stoler
    Shira Forman
    Sheppard, Mullin, Richter & Hampton LLP
    30 Rockefeller Plaza
    New York, N.Y. 10112
    212-653-8700
    jstoler@sheppard.com
    sforman@sheppard.com
    *Attorneys for Defendant Shinhan Bank, New York Branch*

The motion is DENIED without prejudice to renewal upon compliance with the Court's Individual Rules. *See* Individual R. of Prac. in Civ. Cases 4.A.i.  For the avoidance of doubt, any pre-motion letter filed on or before June 5, 2026, will be deemed timely.

Date: 5/29/2026
New York, New York

Mary Kay Vyskocil
United States District Judge