USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNSUN BAE,

Plaintiff,

-against-

SHINHAN BANK NEW YORK BRANCH,

Defendant.

1:26-cv-01343-MKV

NOTICE OF TELEPHONIC
CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

Counsel and the parties shall appear for a remote hearing on July 7, 2026, at 11:00 AM.
The hearing will be held remotely via TEAMS.  The parties are instructed to dial +1 646-453-4442
and enter conference ID 343 708 346#.

**The parties are on notice that failure to comply with Court Orders, the Federal Rules
of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice may result
in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims,
defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and
default judgment.**

**SO ORDERED.**

**Date:  June 24, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**