USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HYUNSUN BAE,

Plaintiff,

-against-

SHINHAN BANK NEW YORK BRANCH,

Defendant.

1:26-cv-01343-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff, Plaintiff's counsel, and Defendant's counsel appeared for a remote hearing on July 7, 2026, at 11:00 AM. As discussed at the hearing, it is HEREBY ORDERED that Plaintiff's counsel is GRANTED leave to withdraw. As further discussed at the hearing, it is FURTHER ORDERED that Plaintiff has thirty days to retain new counsel; if new counsel has not appeared within thirty days, Plaintiff shall proceed *pro se*. Finally, and as also discussed at the hearing, it is FURTHER ORDERED that Defendant's motion to dismiss, [ECF No. 20], is DENIED without prejudice to refiling in forty-five days.

**The parties are on notice that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

**SO ORDERED.**

Mary Kay Vyskocil

**Date: July 7, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**