Hyunsun Bae
530 Foster St, Unit440
Durham, NC 27701
347-939-3502

August 21, 2026

VIA EMAIL TO ProSe@nysd.uscourts.gov

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Bae v. Shinhan Bank, Case No. 1:26-cv-01343-MKV — Reply to Defendant's Opposition to Plaintiff's Motion for Extension of Time (ECF No. 28)

Dear Judge Vyskocil:

I am the pro se plaintiff in the above-referenced action. I write in reply to Defendant's letter (ECF No. 28), filed August 11, 2026, opposing my motion for an extension of time to retain new counsel (ECF No. 27).

**Conferral.** I acknowledge that I did not confer with defense counsel before filing my motion. I was not aware that this was required before submitting a letter motion. On August 21, 2026, I contacted defense counsel by email to confer regarding this matter, as the Court's rules require, and I apologize for not doing so earlier.

**Efforts to retain counsel.** Since the July 7, 2026 conference, I contacted several attorneys regarding representation in this matter and paid for a consultation to evaluate the case. Despite these efforts, I have not been able to retain counsel. Retaining counsel for this matter has proven more difficult than I anticipated.

**Request to proceed**. In light of these difficulties, I am prepared to proceed pro se in this matter. I respectfully request a short accommodation of two weeks to prepare for proceeding pro se, including familiarizing myself with the Court's procedures and any upcoming deadlines. I do not seek this time to delay the case, and I am committed to moving this matter forward diligently as a pro se litigant.

Thank you for the Court's consideration.

Respectfully submitted,

Hyunsun Bae, Plaintiff Pro Se